September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
*Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

_____
Adolfo Gonzalez
PRINTED NAME

_____
SIGNATURE

**EXHIBIT 1**

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

Antonio Murillo

| |
|---|
| PRINTED NAME |

| |
|---|
| SIGNATURE |

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


_Sergio Santoyo_
         PRINTED NAME


_Sergio Santoyo_
                    SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:  **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

_Sergio Chavez Vasquez_                    _Sergio Chavez V._
PRINTED NAME                                   SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


*Gerardo Precisdo*
PRINTED NAME

*Gerardo precisdo*
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Cesar Palma*
_____
PRINTED NAME

*Cesar Palma*
_____
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


*Javier Bravo Mesero*
_____
PRINTED NAME

_____
SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:  **Thomas E. Perez, Department of Labor v El Tequila, LLC**
        *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


*Jesus Flores Mendez*
PRINTED NAME                          SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Luz MARTINEZ*
                PRINTED NAME                                               SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
          *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


_Jesus Ramirez_
PRINTED NAME


_Signature_
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:  **Thomas E. Perez, Department of Labor v El Tequila, LLC**
        *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

_Carlos DeLa Cruz_                          _(signature)_
        PRINTED NAME                              SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
        *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

_Francisco Perez_
PRINTED NAME

_Francisco Perez Loca_
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.


*Marco Gonzalez - Martinez*
PRINTED NAME                                          SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Juan Manuel Quintana*
                PRINTED NAME                                    SIGNATURE

August 2014


Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
*Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


*Felipe Armenta Perez*
_____
PRINTED NAME

_____
SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

_Juan German Ramirez_
PRINTED NAME

SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

*Miguel Rodriguez Madrigal*                 *Miguel Angel Rodrigue*
PRINTED NAME                                          SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Juan Alvarado*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
PRINTED NAME

*Juah ALVARADO*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Jamie Hernandez*
PRINTED NAME                                    SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.


_Gilberto Dorantez Mejia_                    _Gilberto Dorantes Majia_
PRINTED NAME                                  SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

_David Murilia_                          _David Murillo Rojas_
PRINTED NAME                                      SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re: **Thomas E. Perez, Department of Labor v El Tequila, LLC**
*Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

*Edmundo Sanchez*
PRINTED NAME

SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

_Laura Guadalupe Diaz Torres_
          PRINTED NAME

_____
                    SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Rodrigo Perez*
PRINTED NAME

*Rodrigo Perez*
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


_Elvin Aguilar_
PRINTED NAME                                          SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

*Hubar Aguilar Ramos*
 PRINTED NAME

*huberAguilar*
 SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

*Arturo Bolanos*
_____
PRINTED NAME

_____
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


*Francisco Flores Rodriguez*
PRINTED NAME

*Francisco Rodriguez*
SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

_Antioco Gonzalez_
                PRINTED NAME                              SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

_Javier Razo_
PRINTED NAME

_JAVIER RAZO_
SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


*Abel Torres Campos*
_____
PRINTED NAME

_Abel Torres_
_____
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:  **Thomas E. Perez, Department of Labor v El Tequila, LLC**
        *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


_Bruno Martinez_ _____
        PRINTED NAME

_____
                SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:  **Thomas E. Perez, Department of Labor v El Tequila, LLC**
        *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

_Fernando Martinez_
    PRINTED NAME

_Fernando Martinez_
    SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


*Humberto Molina*                    Melina Humberto
PRINTED NAME                         SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


_Eusevic Martinez_                          _ElAdyint_

PRINTED NAME                                SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

*Oveth Lopez*
_____
PRINTED NAME

*Obl.*
_____
SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


_Refugio Flores Mendez_
PRINTED NAME

_Refugio Flores Mendez_
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

*Juan Carmelo Aguilar*
_____
PRINTED NAME

_____
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


*Jose Gomez Huerta*
_____
PRINTED NAME

Jose Gomez Huerta
_____
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


Mario A. Perez
_____
PRINTED NAME

_____
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

*Luiz Guarez Gomez*
PRINTED NAME

*Lui S. Juarez*
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

Banos Olga
PRINTED NAME

SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Jose A. Santoyo Saldana*
PRINTED NAME

J. Añis Sañoyo S.
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:  **Thomas E. Perez, Department of Labor v El Tequila, LLC**
        *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Ricardo Flores Morales*
_____        _____
PRINTED NAME                                        SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma; Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

Felipe Abundes
PRINTED NAME

Luis Felpe Abudy C.
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma; Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

_Denim Felipe_ ____
        PRINTED NAME

_____
            SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Luis Alberto Valadez*
            PRINTED NAME                                          SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

*Elmer Tayun*
_____
PRINTED NAME

*Elmer Tayon*
_____
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.


_Antonio murillo_
        PRINTED NAME

_____
                    SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

*Javier Bravo Mesero*
_____
        PRINTED NAME

_____
        SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


*Jacinto Ortis*
_____
          PRINTED NAME

_____
              SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:  **Thomas E. Perez, Department of Labor v El Tequila, LLC**
        *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Porfirio Rodriguez Flores*                    *Porfirio R.*
PRINTED NAME                                    SIGNATURE

September 2014


Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


_Javier Aguirre_                          _Javier Aguirre_
PRINTED NAME                                    SIGNATURE

September 2014


Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


_Javier Bravo Mesero_
PRINTED NAME

_____
SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:  Thomas E. Perez, Department of Labor v El Tequila, LLC
        *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


_Jesus Flores Mendez_
PRINTED NAME

_Jesus Flores Mendez_
SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:  **Thomas E. Perez, Department of Labor v El Tequila, LLC**
        *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.


*Alejandro Garcia*
_____
PRINTED NAME

_____
SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

*Angelica Garcia*
PRINTED NAME

SIGNATURE

September 2014


Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


*Ramiro Ramires Onate*
PRINTED NAME

SIGNATURE

September 2014


Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


SalinasCarmona Amin
PRINTED NAME

Amin   SALINAS
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Humerino Cruz*
_____
PRINTED NAME

_____
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re.   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir.

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

Epimelio miranda
PRINTED NAME

Epimcie miCenda
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
        *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


*Baltazar Alvarado, JR*
_____
PRINTED NAME

_____
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


*Juan Antonio DeLoera*                    *Juan antonio deL*
PRINTED NAME                              SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

Marvin Cordona
_____                    _____
PRINTED NAME                                          SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Nora Abelardo Gutierrez*
PRINTED NAME

SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Martin Flores Pina*
PRINTED NAME

Martin Flore Pina
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Maria Castillo*
_____
PRINTED NAME

_____
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

_Victor Folres Pina_                          _[signature]_
          PRINTED NAME                                    SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

_Ramon Rodriguez_
PRINTED NAME

_____
SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

_Ivan Colorado_                                    _MP_
PRINTED NAME                                    SIGNATURE

August 2014


Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


_Ramon Rozo_____
          PRINTED NAME

_Ramón Rozos_____
          SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

*Alejandro Valadez*
_____
PRINTED NAME

Alejandro Valadez
_____
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


*Federico Guerrero Mesero*
        PRINTED NAME

*Federico Guerrero ...*
                SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.


*Carlos Rodriguez Florez*
PRINTED NAME

*Carlos Rodriguez*
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

_Julio Sevilla_
     PRINTED NAME

_____
          SIGNATURE

September 2014


Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


Santiago Aguilera Mesero
PRINTED NAME                                SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:  **Thomas E. Perez, Department of Labor v El Tequila, LLC**
        *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

_Oscar Florez_                          _Oscar Flores F._

PRINTED NAME                            SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

_Maria C. Aguirre Onate_
PRINTED NAME

_Marie S. Aguirre_
SIGNATURE

September 2014


Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:  **Thomas E. Perez, Department of Labor v El Tequila, LLC**
        *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


*Rafael Ruiz Munoz*
_____
PRINTED NAME

*RAFAEL RUIS M*
_____
SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Andres Saldana*
_____
PRINTED NAME

*Andres Saldana A*
_____
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:  **Thomas E. Perez, Department of Labor v El Tequila, LLC**
        *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

*Enrique Saldana*
_____
PRINTED NAME

*Enrique Saldaña*
_____
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

_Gerardo Saldana_
PRINTED NAME

_Gerardo Saldana A._
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

*Wilmer Aguilar*
PRINTED NAME

*Wilmer Aguilar*
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.


*Andres Fuentes Aguilar*                              _Andres Fuentes_
           PRINTED NAME                                              SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.

Ofrecino Rivera Poblo
PRINTED NAME

SIGNATURE

September 2014


Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.


*Victoriano Aguilar*                    *Victoriano Aguilar*
PRINTED NAME                            SIGNATURE

September 2014


Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:  **Thomas E. Perez, Department of Labor v El Tequila, LLC**
        *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.


*Fidel Lopez Perez*                          Fidel Lopez Perez
PRINTED NAME                                SIGNATURE

August 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

_Juan Munos Saldana_
PRINTED NAME

_Juan muñoz S._
SIGNATURE

September 2014


Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me
in the above-listed case.


*Wilder Aguilar*
PRINTED NAME

Wilder Aguilar
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re:   **Thomas E. Perez, Department of Labor v El Tequila, LLC**
         *Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

*Gerardo Precisado*
PRINTED NAME

*Gerardo precisado*
SIGNATURE

September 2014

Matthew P. Sallusti
U.S. DEPARTMENT OF LABOR
525 Griffin Street #501
Dallas TX 75202

In re: **Thomas E. Perez, Department of Labor v El Tequila, LLC**
*Northern District of Oklahoma, Case No. 12-CV-00588-JED-PJC*

Dear Sir:

Please consider this to be a waiver of all privileges concerning information from me or about me in the above-listed case.

_Cesar Palma_
PRINTED NAME

_Cesar Palma_
SIGNATURE