## Neurosurgery Specialists

*Providing compassionate and innovative care since 1973.*

*Neurological Surgery, Inc.*

David A. Fell, M.D.*

Benjamin G. Benner, M.D.*○

Douglas R. Koontz, M.D.*○

Daniel J. Boedeker, M.D.*

Ryan F. Rahhal, M.D.

Theresa L. Rogers, PA-C

Karl N. Detwiler, M.D.*○
(1956 – 2011)

6767 South Yale, Suite A
Tulsa, OK 74136-3303
Tel. (918) 492.7587
Fax (918) 492.4033

*Stillwater Medical Center
Consulting Physician Services*
Tel. (405) 742.5847

*Vinita/Craig General
Outpatient Services*
Tel. (918) 256.7551
Ext. 205

April 8, 2015

RE: WILKINSON, Bill V.

To Whom It May Concern:

Mr. Bill V. Wilkinson is my patient. In addition to being seen in this office, this patient is also being treated by Kevin J. Kos, M.D. (a neurologist) who is in charge of the Movement Disorder Clinic in Tulsa. It is also my understanding that the patient has seen a neurologist at the University of Oklahoma Health Sciences Neurology Department in Oklahoma City.

My initial diagnosis of the patient is that he has spinal lumbar stenosis. He also has tremor in his right arm.

Mr. Wilkinson reports that he prepares all legal papers by longhand using his right hand. His longhand papers are then transcribed by his legal secretary. The presence of the tremor in his right arm affects his preparation of the legal papers. The process requires substantially more time and attention.

Sincerely yours,

*Benjamin G. Benner MD.*

Benjamin G. Benner, M.D., F.A.C.S.

BGB/vt

**EXHIBIT 1**

*Diplomate American Board of Neurological Surgery    ○Fellow American College of Surgeons*