# Sallusti, Matthew - SOL

| | |
|---|---|
| **From:** | Sallusti, Matthew - SOL |
| **Sent:** | Wednesday, April 08, 2015 3:06 PM |
| **To:** | 'wilklaw@wilklaw.com' |
| **Cc:** | Camacho, Demian - SOL; Sallusti, Matthew - SOL; Cranford, Margaret - SOL |
| **Subject:** | Deadlines for Defendants' Responses to MSJ, Motion in Limine on Discretionary Bonuses, and Motion to Strike Affirmative Defenses and Other Motions |

Dear Mr. Wilkinson:

I just received a telephone call from you on my cell phone a day before Defendants' Responses to Plaintiff's Motion and Brief for Summary Judgment, Motion in Limine Concerning Discretionary Bonuses, and Motion to Strike Defendants' Affirmative Defenses are due. You requested a 30 day extension to respond to these Motions, but provided no justification for the additional time needed. Regardless, as a courtesy, I agreed to provide you with 14 days. Thus, your Responses to these Motions would be due Thursday, April 23rd under the extension I am willing to provide.

It should be noted that when I asked you to identify which Motions you needed additional time to respond to, you replied "all of them." I then informed you that your time to respond to all other Motions in Limine filed by Plaintiff (DOCS #177, 178, 179, and 181) had expired weeks ago. I did not agree to allow you to file any Responses to these Motions out of time.

Finally, you informed me that Defendants oppose Plaintiff's Motion to Strike Defendants' Jury Demand.

This email accurately reflects our conversation this afternoon. In the future, please call my office before calling my personal cell phone. Thank you.

Matthew P. Sallusti
Senior Trial Attorney
United States Department of Labor
Office of the Solicitor
525 S. Griffin Street, Suite 501
Dallas, Texas 75202
Direct Dial: 972.850.3117
Main Dial: 972.850.3100
Facsimile: 972.850.3101
Email: sallusti.matthew@dol.gov

**THIS EMAIL CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION. IF YOU RECEIVED THIS EMAIL IN ERROR, PLEASE CONTACT THE SENDER IMMEDIATELY AND DELETE THE EMAIL. THANK YOU.**

Exhibit A