UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THOMAS E. PEREZ, Secretary of Labor,<br>United States Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 12-CV-588-JED-PJC |
| EL TEQUILA, LLC, and | ) | |
| CARLOS AGUIRRE, Individually, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO FILE RESPONSES OUT OF TIME

Defendants El Tequila, LLC and Carlos Aguirre (collectively, "Defendants") filed a

Motion for Extension of Time to File Responses Out of Time (DOC #205).[1]  Plaintiff Thomas E.

Perez, Secretary of Labor, United States Department of Labor ("Plaintiff") opposes that Motion

for the reasons stated herein.

Plaintiff incorporates the arguments and law cited in Plaintiff's previous Response (DOC

#204) to Defendants' previous Motion (DOC #203) that dealt with these exact same issues.[2]

---

[1] On April 10, 2015, Defendants filed a Motion for Extension of Time to Respond to All Motions Out of Time (DOC #203).  Defendants' Motion for Extension of Time (DOC #203) was filed out of time and the responses Defendants sought to file were late with regard to every single one of Plaintiff's Motions to which Defendants desired to respond.  Plaintiff filed a Response (DOC #204) on April 13, 2015.  Defendants' April 10, 2015 Motion (DOC #203) and Plaintiff's April 13, 2015 Response (DOC #204) concern precisely that same issues contained in Defendants' latest (April 21, 2015) Motion (DOC #205).  Moreover, Defendants have now filed two Motions (DOCS #203 and #205) seeking to file a response out of time to one of Plaintiff's Motion in Limine (DOC #177) that Defendants apparently do not oppose because Defendants filed their own Motion in Limine (DOC #197) on the exact same topic, i.e., immigration status (in-part).

[2] When Plaintiff's Counsel conferred with Defendants' Counsel on April 21, 2015, Plaintiff's Counsel strongly suggested to Defendants' Counsel that this latest Motion (DOC #205) was duplicative of the Motion (DOC #203) previously filed by Defendants and unnecessary given the issues were already addressed in Defendants' previous Motion (DOC #203) and Plaintiff's

Both Motions (DOCS #203 and #205) should be denied because Defendants have yet to

articulate or present the Court with sufficient evidence as to why deadlines established in the

Local Civil Rules should not apply to Defendants.[3]  Accordingly, Defendants Motion to file

Responses Out of Time (DOC #205) must be denied for the reasons previously outlined in

Plaintiff's previous Response (DOC #204).[4]

---

Response (DOC #204).  Defendants' Counsel refused to heed Plaintiff's Counsel's advice.
Instead, Defendants' Counsel chose to file this duplicative Motion (DOC #205).  Additionally,
this Motion (DOC #205) is not the first time Defendants have filed duplicative motions on the
same issues.  See Defendants' November 26, 2014 Motion to Strike Plaintiff's Expert Witnesses
(DOC #147), Court's February 13, 2015 Order Denying Defendants' Motion to Strike (DOC
#174), and Defendants' March 20, 2015 Motion in Limine to Exclude Plaintiff's Same Expert
Witnesses (DOC #197) (previously denied).

[3] Moreover, Defendants' argument that it misread the Court's Second Amended Scheduling
Order (DOC #84) and the Court's December 31, 2014 (DOC #159) makes no sense.  See
Defendants' Motion (DOC #205) at p.1 ¶2.  Those Orders (DOCS #84 and 159) do not concern
"due dates" as to responses.  See Orders (DOCS #84 and 159).  Rather, those Orders concern
deadlines for filing dispositive motions and motions in limine, i.e., deadlines that miraculously
Defendants were able to meet.  Thus, Defendants' justification for missing deadlines established
by the Local Civil Rule makes little to no sense.

[4] In light of the numerous other pending Court deadlines, Plaintiff respectfully requests that the
Court deny Defendants' Motions (DOCS #203 and #205) expeditiously so that the parties may
focus on those Court deadlines that have yet to come-to-pass and/or expire.

Respectfully Submitted,

M. PATRICIA SMITH
Solicitor of Labor

JAMES E. CULP
Regional Solicitor

MARGARET TERRY CRANFORD
Counsel for Wage and Hour

By:

U.S. Department of Labor                    s/ Matthew P. Sallusti_____
Office of the Solicitor                      MATTHEW P. SALLUSTI
525 Griffin Street, Suite 501                TX Bar No. 24013447
Dallas, TX  75202                            Email:  sallusti.matthew@dol.gov
(972) 850-3100
(972) 850-3101-fax                           DEMIAN CAMACHO
                                             CA Bar No. 286693
                                             Email: camacho.demian@dol.gov
                                             Attorneys for Plaintiff
                                             RSOL No. 12-00629

CERTIFICATE OF SERVICE

I hereby certify that on this _____22nd_____ day of _____April_____, 2015, I electronically

transmitted the foregoing document to the Clerk of Court using the ECF System for filing and

transmittal of a Notice of Electronic Filing to the following ECF registrant:

Bill V. Wilkinson
Wilkinson Law Firm
4812 East 81 Street #302
Tulsa, OK 74137
wilklaw@wilklaw.com

s/ Matthew P. Sallusti_____
MATTHEW P. SALLUSTI
Trial Attorney

3